**FILED**

OCT 15 2013


CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ALLEN RAINES, | * | CIV 11-4067-RAL |
| Plaintiff, | * | |
| vs. | * | JUDGMENT OF DISMISSAL |
| STATE OF SOUTH DAKOTA, | * | |
| Defendant. | * | |

Pursuant to the Order Dismissing Complaint, Doc. 24, it is hereby

ORDERED, ADJUDGED, AND DECREED that judgment of dismissal is entered under Rules 54 and 58 of the Federal Rules of Civil Procedure in favor of Defendant and against Plaintiff.

Dated October 15, 2013.

BY THE COURT:

ROBERTO A. LANGE
UNITED STATES DISTRICT JUDGE